No. 85–5531.   MEYER v. OREGON.   Appeal from Ct. App. Ore. dismissed for want of jurisdiction.   Treating the papers whereon

the appeal was taken as a petition for writ of certiorari, certiorari denied.